IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KRISTAN CLARK,<br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>DOLLAR TREE STORES, INC.,<br>FAMILY DOLLAR STORES, INC.,<br>FAMILY DOLLAR, INC.,<br>REVOLENT CAPITAL SOLUTIONS,<br>doing business as "THE FACILITIES GROUP,"<br>RCS IWC HOLDINGS, LLC,<br>MTC FACILITY MAINTENANCE, LLC<br>and PURESAN HOLDINGS, LLC, doing business as "NATIONAL JANITORIAL SERVICES,"<br>　　　　　　Defendants. | CIVIL ACTION<br><br><br><br>NO.  24-4967 |

**O R D E R**

**AND NOW**, this 26th day of November, 2025, upon consideration of Defendant MTC Facility Maintenance's ("MTC") Motion to Set Aside Entry of Default by the Clerk of Court ("Motion") (ECF No. 32), it is **HEREBY ORDERED** that MTC's Motion is **GRANTED**.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　/s/ Kelley B. Hodge
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HODGE, KELLEY B., J.